UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOSUE ISRRAEL MARQUEZ
VAZQUEZ,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 6:26-CV-011-H

## ORDER

Josue Isrrael Marquez Vazquez petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The respondents inform the Court that Marquez Vazquez has voluntarily departed the United States in accordance with the order of an immigration judge. Dkt. No. 14. He also does not appear on U.S. Immigration and Customs Enforcement's Online Detainee Locator System. Because Marquez Vazquez is no longer in custody, his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing").

Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on March 11, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE